IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERI LYNN SMITH n/k/a CHARLI ROSE NICHOLS, | § § § § § § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | |
| ERIC D. WILSON, Warden, | | Civil Case No. 3:19-CV-02406-X-BT |
| *Defendant.* | | |
| v. | | |
| JEFFREY DONALD SMITH, | | |
| *Third-Party Defendant.* | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court **GRANTS** the defendant's motion for summary judgment [Doc. No. 38] and **ORDERS** the defendant to submit a proposed final judgment and order of foreclosure within seven (7) days of this order.

1

**IT IS SO ORDERED** this 2nd day of September, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE