IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERI LYNN SMITH n/k/a CHARLI ROSE NICHOLS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:19-cv-02406-X-BT |
| WELLS FARGO BANK N.A., | § § § | |
| Defendant, | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 2, 2022. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore, Nichols's request for a new trial is **DENIED** and the Court **ORDERS** that Wells Fargo may not foreclose on Nichols's home based on the Court's prior Judgment (ECF No. 49).

**SO ORDERED,** this 6th day of September, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1